IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff(s)

vs.

Raymond Crawford,

    Defendant(s)

Case Number: 1:11cr133

Chief Judge Susan J. Dlott

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable S. Arthur Spiegel to the docket of The Honorable Susan J. Dlott.

IT IS SO ORDERED.

       ___s/S. Arthur Spiegel_____
       S. Arthur Spiegel
       Senior United States District Court


       ___s/Susan J. Dlott_____
       Susan J. Dlott
       Chief United States District Judge